Entered on Docket
December 23, 2010

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
10-73105 / 72055881

# UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-53735-gwz |
| Manuel Bustos and Maria N. Chavez | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 7 |

## STIPULATED ORDER APPROVING LOAN MODIFICATION

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Carroll Sherman Knight and Terri Knight, are designated as trustors and HSBC Mortgage Services Inc. is the current beneficiary, which Deed of Trust encumbers the following described real property:

> LOT 46, OF NORTHWEST RANCH UNIT 2 PHASE G, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 567 OF MAPS, PAGE 20.

IT IS HEREBY STIPULATED that the parties herein are in agreement that the Debtor's loan is modified to the terms, upon entry of the Court's Order approving same, as follows:

**LOAN MOD APPROVED BASED ON HARDSHIP**

Interest Rate at the rate of 3.215% will begin to accrue on the New Principal Balance as of February 1, 2010 and the first new monthly payment on the new principal balance will be due on March 1, 2010. Payment schedule for the modified loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Prin & Int Payment Amount | Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 3.215 | February 1, 2010 | $957.87 | 123.02 May adjust periodically | 1080.89 May adjust periodically | March 1, 2010 | 60 |
| 6 | 4.215 | February 1, 2015 | $1,048.49 | May adjust periodically | May adjust periodically | March 1, 2015 | 12 |
| 7 | 5.215 | February 1, 2016 | $1,139.77 | May adjust periodically | May adjust periodically | March 1, 2016 | 12 |
| 8-26 | 5.375 | February 1, 2017 | $1,154.14 | May adjust periodically | May adjust periodically | March 1, 2017 | 224 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore the total monthly payment may change accordingly.

1.  NEW PRINCIPAL BALANCE- $200,700.64

2.  NEW PAYMENT – $1,080.89

3.  NEW INTEREST RATE- 3.215%

4.   ESCROW PAYMENT AMOUNT $123.02

5.  LENGTH OF MODIFICATION - LIFE OF BK MODIFIED

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6.  PAYMENT EFFECTIVE DATE- March 1, 2010

7.  THE MODIFICATION IS GOOD ONLY THROUGH THE REMAINING LIFE OF THE
    BANKRUPTCY.

8.  PREVIOUS LOAN TERMS WILL COMMENCE UPON COMPLETION OR DISMISSAL
    OF BANKRUPTCY

Submitted by:

Wilde & Associates

By _____ #10235
       **GREGORY L. WILDE, ESQ.**
       Attorney for Secured Creditor
       212 South Jones Boulevard
       Las Vegas, Nevada 89107

LAUB & LAUB

By _____
       **JOE M. LAUB**
       Attorney for Debtor
       630 E. Plumb Lane
       Reno, NV 89502

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

__X__    This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as   indicated below.

Debtor's counsel:

__X__  approved the form of this order            _____  disapproved the form of this order

_____  waived the right to review the order and/or      _____  failed to respond to the document

_____  appeared at the hearing, waived the right to review the order

_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order            _____  disapproved the form of this order

__X__  waived the right to review the order and/or      _____  failed to respond to the document


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor